AO 103 (01/09) Order Requiring Assistance in Executing a Tracking Warrant (Under Seal)

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| In the Matter of the Tracking of | ) |
| *(Describe the object or property to be used for tracking)* | ) |
| | ) |
| CELL-SITE INFORMATION FOR AT&T TELEPHONE | ) |
| NUMBER (540)970-6719 FOR THIRTY (30) DAYS | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Case No. 7:19mj98

## ORDER REQUIRING ASSISTANCE IN EXECUTING A TRACKING WARRANT
### *(Under Seal)*

To:  T-Mobile

An application has been made by a federal law enforcement officer or an attorney for the government to direct you to provide facilities or other assistance, or both, in executing the tracking warrant issued in this case.  The court finds the assistance to be necessary.

**IT IS ORDERED:**  You and your agents and employees must provide assistance in executing the tracking warrant to the following government agency and agents,  Clark Jackson, DEA Task Force Officer                          , by providing facilities and installing, operating, and monitoring any tracking devices or also by  providing cell site information and proximity of telephone number (540) 970-6719 to the tower accessed for thirty (30) days during the time allowed by the tracking warrant.  You may be compensated for reasonable expenses incurred in providing facilities and assistance.

This order is **sealed**.  You and your agents and employees must not disclose the existence of this order, of the tracking warrant, or of the investigation to any person until the person whose object or property was tracked has been notified by the government or until authorized to do so by the court.

Date: September 3 2019

_____
*Judge's signature*

_____
Robert S. Ballou, U.S. Magistrate Judge
*Printed name and title*